STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BENEDICT RAYMOND, DEFENDANT-APPELLANT.

Argued January 22, 1963—Decided February 18, 1963.

*Mr. Calvin J. Hurd* argued the cause for defendant-appellant.

*Mr. Brendan T. Byrne,* Essex County Prosecutor, argued the cause for plaintiff-respondent (*Mr. Peter Murray,* Assistant Prosecutor, of counsel and on the brief).

The opinion of the court was delivered

PER CURIAM. The Appellate Division unanimously affirmed defendant's conviction for debauching a child in violation of *N. J. S.* 2A:96–3. *State v. Raymond,* 74 *N. J. Super.* 434 (1962). Asserting a constitutional issue, defendant undertook to appeal to us as of right under *R. R.* 1:2–1(a).

The single claim on this appeal is that the trial court improperly denied a motion to adjourn the trial date. Before us the complaint is for the first time cast in constitutional garb, *i. e.,* deprivation of the right to counsel. The attack upon the trial court's ruling is without basis, and the effort to generate a "constitutional" question is frivolous.

The appeal is dismissed.

*For dismissal* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*Opposed*—None.